IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x

IRA SILVERMAN,

       Plaintiff,       14-CV-3932 (WFK- RLM)

  -against-

SITO MARKETING LLC, et.al.,

       Defendants.

---

### ENTRY OF APPEARANCE OF SCOTT T. KANNADY

---

**Entry of Appearance:**

 Comes now the Attorney Scott T. Kannady, CO Bar No. 29995, and the law firm of Brown & Kannady, LLC, and enters his appearance herewith on behalf of the Defendant Ryan Russo.

 Scott T. Kannady, No. 29995
 Brown & Kannady, LLC
 2000 S. Colorado Blvd., Suite 2-440
 Denver, CO 80222
 Phone: (303) 757-3800
 Fax: (303) 757-3815
 E-mail: scott@brownlegal.com

 Mr. Kannady was previously admitted *pro hac vice* in this matter on behalf of Defendant Paul Haverstick on May 12, 2015.

 **Dated this** 14th day of April 2016.

Respectfully submitted,

**BROWN & KANNADY, LLC**

By: /s/ Scott T. Kannady
    Scott T. Kannady, CO Bar #29995
    2000 S. Colorado Blvd., Suite 2-440
    Denver, Colorado 80222
    Telephone: (303) 757-3800
    Facsimile: (303) 757-3815
    E-mail: scott@brownlegal.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of April 2016, I served true and correct copies of the above document via CM/ECF, addressed as follows:

Jason Frederick Lowe
Law Offices of Jason Lowe
175 West 95th Street, 19F
New York, NY 10025
310-936-2053
JasonFLowe@gmail.com

Bradley Levin
Roberts Levin Rosenberg PC
1512 Larimer Street, Ste. 650
Denver, CO 80202
303-575-9390
303-575-9385 (fax)
bal@robertslevin.com

Zachary C. Warzel
Roberts Levin Rosenberg PC
1512 Larimer Street, Ste. 650
Denver, CO 80202
303-575-9390
303-575-9385 (fax)
zcw@robertslevin.com

    s/ Karin R. West
    Karin R. West